no more than she would have overflowed under any circumstances. The effect of the plaintiff's complaint is to claim damages because his land has not been injured as much as his grantee had a right to injure it, and because she had not availed herself of all the rights which he had given her. As we find nothing in the deed requiring her to do all of those things which she had a right to do, we are compelled to concur with the Court below, in holding that he has been no more damaged in law than in fact.

The judgment below must be affirmed with costs.

The other Justices concurred.

---

### Elizabeth L. Chesebro v. David W. Chesebro.

*Practice in the Supreme Court: Service of copies.* Copies of affidavits served with notice of motion must be true and complete.

*Heard and decided October 11.*

*G. A. Armstrong* moves to dismiss the appeal in this case for want of prosecution,—and proceeding to read affidavits in support of his motion:—

*H. A. Shaw* objects,—that there was no *jurat* to the affidavits, copies of which had been served with the notice of the motion.

*Armstrong,* in reply: The omission of the *jurat* was an error in copying; the affidavits were in fact sworn to.

THE COURT held that a party opposing a motion had a right to rely on the copies served as true copies; and the copies served in this case being essentially defective, the motion could not be heard.